**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER TO REINSTATE APPEAL**

Appellate case name:      Ernest Theophilus Quimby IV v. Jessica Yvette Quimby

Appellate case number:    01-18-00705-CV

Trial court case number:  17FD3360

Trial court:              County Court at Law No. 1 of Galveston County

        We withdraw our February 5, 2019 opinion and judgment and reinstate this case on the Court's active docket.

        Further, on October 30, 2018, appellant, Ernest Theophilus Quimby IV, filed his appellant's brief. Appellee, Jessica Yvette Quimby, had a briefing deadline of November 29, 2018 in which to file her brief, but no brief has been filed. On December 4, 2018, we notified appellee that we would set the case for submission without an appellee's brief unless appellee filed (1) a motion to extend time to file her brief or (2) her brief accompanied by a motion to extend time. Appellee has neither filed a motion to extend time or her appellee's brief. Accordingly, the case is hereby set at issue.


Judge's signature:  _/s/ Sherry Radack_____
                    Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Countiss.


Date:  ___February 7, 2019_____